UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YIQUN ZHAO,

                      Plaintiff,                      **ORDER**

            -against-                       **24-CV-1793 (JHR) (JW)**

LENNART C. BELOK, M.D. and
ELLEN L. BELOK a.k.a. ELLEN HONIG,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of a document labeled "attorney substitution" where attorneys John Howley and Paul W. Siegert merely notify the Court that Paul W. Siegert is substituted as counsel for Plaintiff in place of John Howley. Dkt. No. 47.

The Local Rules of the Southern District of New York provide:

> Attorney withdrawals. Except where an attorney has filed a notice of limited-scope appearance as set forth in subsection (c), an attorney who has appeared for a party may be relieved or displaced only by order of the court. Such an order may be issued following the filing of a motion to withdraw, and only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, and whether or not the attorney is asserting a retaining or charging lien. While a motion to withdraw is required whenever an attorney seeks to be relieved, an affidavit is unnecessary if … (2) upon substitution of counsel by stipulation, if the stipulation is also signed by the client and, at the time of substitution, the new attorney does not intend to seek modification of any existing deadlines or dates for court appearances in the case.

It is unclear to this Court whether attorney John Howley ever filed a notice of appearance in this matter. Nonetheless, his name is present on the docket as Plaintiff's attorney, he has appeared in conferences before this Court, and he has filed

documents on behalf of Plaintiff. Thus, the substitution of attorney John Howley may not be made merely by notifying the Court. Instead, outgoing and incoming counsel for the Plaintiff may file a motion and proposed order to substitute. Counsel for Plaintiff should also ensure such motion is signed by the Plaintiff and complies with any other requirements listed above.

**The Clerk of Court is respectfully requested to not remove attorney John Howley from the docket.**

SO ORDERED.

DATED:    New York, New York
          April 16, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge